**Order entered November 12, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00481-CV**

**LONETA LINDBERG, Appellant**

**V.**

**MICHAEL LINDBERG, Appellee**

**On Appeal from the County Court at Law No. 1**
**Rockwall County, Texas**
**Trial Court Cause No. 1-20-0808**

**ORDER**

By motion filed November 10, 2021, appellee seeks leave to file an amended response brief that corrects errors in the table of authorities. We **GRANT** the motion and **ORDER** the amended brief received November 9, 2021 filed as of the date of this order.

/s/     CRAIG SMITH
        JUSTICE